# Exhibit "E"

## ASSIGNMEMT OF ASSET SALE AGREEMENT

Sovereign Bank ("Seller"), for value received and pursuant to the terms and conditions of that certain Asset Sale Agreement dated November 16, 2010 between the Seller and Central Penn Capital Management, LLC does hereby approve the assignment of the Asset Sale Agreement from Central Penn Capital Management, LLC to Lancaster Capital Services, LLC, and agrees to sell, assign, transfer and convey to Lancaster Capital Services, LLC, its heirs, administrators, representatives, successors and assigns, all rights, title and interests of the Seller, as of the date hereof, in, to and under the Asset(s) described in the Asset Sale Agreement.

As the Assignee, Lancaster Capital Services, LLC hereby accepts all terms and conditions as Buyer outlined in the Asset Sale Agreement.

Executed this 24th day of November, 2010.

SOVEREIGN BANK

By: _[signature]_
Name: _[signature]_
Title: Vice President

CENTRAL PENN CAPITAL MANAGEMENT, LLC

By: _[signature]_ Member
Name: Gregory K. Millen
Title: Member

LANCASTER CAPITAL SERVICES, LLC

By: _[signature]_ Member
Name: Gregory K. Millen
Title: Member