# Exhibit "G"

ASSIGNMENT OF SECURITY INTEREST

For value received, Sovereign Bank ("Assignor") hereby sells, assigns and transfers all its right, title and interest in and to the below-described security agreement and the collateral covered thereby (together with the promissory note secured by the security agreement), to Lancaster Capital Services, LLC ("Assignee"), 100 S. 7th Street, Akron, PA 17501.

The security agreement and collateral assigned in this assignment are:

Security Agreement
Debtor: AIRCRAFT SALES GROUP INC
Dated: 10/14/04
FAA Recordation date: 11/18/04
FAA Document #: H112096

Collateral
*Airframe:*
Make: PIPER
Model: PA-31P
Manufacturer Serial Number: 31P-7300171
FAA Registration Number: N66809

*Engines (2):*
Make:
Model:
Manufacturer Serial Number:

This Assignment shall be governed by the laws of the Commonwealth of Massachusetts.

Dated: November 24, 2010

**Sovereign Bank**

By: _____
Saraday M. Yockel, Vice President

("Assignor")

**Lancaster Capital Services, LLC**

By: _____
Gregory Millen, President

("Assignee")

1551733.01