# Exhibit "H"



Peter E. Rosa, Staff Attorney
965 Great Plain Avenue
Needham, MA 02492
Mail Code: MA1-CBO-0683
Phone: 781-433-5763
Fax: 484-338-2859
prosa@sovereignbank.com



**BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
**Receipt Number: 7006 0810 0001 5793 7213**

February 12, 2010

Lance S. McDougle, President
Aircraft Sales Group, Inc.
2161 CR 540A, #285
Lakeland, FL 33813

Re:  Indebtedness of Aircraft Sales Group, Inc. (the "Borrower") and Lance S. McDougle (the "Guarantor," and together with the Borrower, the "Obligors") to Sovereign Bank (the "Bank")

Dear Mr. McDougle:

Responsibility for the loan arrangements between the Bank and the Borrower has been transferred. All communications from the Borrower and/or Guarantor to the Bank are to be addressed to Milton Walker, until further written notice from the Bank.

Reference is made to that certain Aircraft Promissory Note in the original principal amount of $160,900.00, by the Borrower in favor of the Bank and dated October 14, 2004 (the "Note"). The Borrower is in default of its obligations to the Bank in that the Borrower has failed to pay the Note when due. As a result of the Borrower's default, the Bank has elected to require the immediate payment of the Note, in full.

As of February 11, 2010, the indebtedness immediately due and owing to the Bank on account of the Note is $138,849.54, and interest continues to accrue on the principal balance, at current rates, in the amount of $22.99 per day. Demand is hereby made upon each of the Obligors for the immediate payment in full of all amounts due and which may become due under the Note.

The balance due under the Note may increase or decrease due to payments, the application of collateral proceeds, and the accrual of interest, late charges, costs of collection and any other fees, costs and expenses. Therefore, immediately prior to remitting payment, please contact Milton Walker, Vice President at 410-638-6261 to obtain final payoff amounts and remittance instructions.

The Bank reserves all rights and remedies available to it under the Note and under any and all other notes, instruments or agreements between the Bank and the Borrower, or applicable law, all of which are expressly hereby reserved. No discussions between the Bank and the Borrower concerning this demand for payment, other loan relationships between the Bank and the Borrower, or any other matter shall imply an agreement on the part of the Bank to waive any of its rights and remedies or to forbear from taking any action authorized by the Note, any and all other loan documents or applicable law, whether or not such discussions may be

 

continuing. The acceptance of any partial payment of any of the obligations of the Borrower to the Bank shall not be deemed a waiver or limitation of any of the Bank's rights reserved herein as to the full amount of any unpaid balance. Any delay or forbearance by the Bank in the enforcement or pursuit of any of its rights and remedies under the Note or applicable law shall not constitute a waiver thereof, nor shall it be a bar to the exercise of the Bank's rights or remedies at a later date.

Very truly yours,
Sovereign Bank

Peter E. Rosa, Staff Attorney

Copies to:
Milton Walker, Vice President
Saraday Yockel, Vice President

**BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
**Receipt Number: 7006 0810 0001 5793 7220**
Lance S. McDougle
5705 Summitview Court
Lakeland, FL 33813

Peter E. Rosa, Staff Attorney
Sovereign Bank
965 Great Plain Avenue
Mail Code: MA1-CBO-0683
Needham, MA 02492

Lance S. McDougle, President
Aircraft Sales Group, Inc.
2161 County Road 540A, #285
Lakeland, FL 33813

 



Peter E. Rosa, Staff Attorney
Sovereign Bank
965 Great Plain Avenue
Mail Code: MA1-CBO-0683
Needham, MA 02492

Lance S. McDougle
5705 Summitview Court
Lakeland, FL 33812

 

