# Exhibit "I"

FROM                                                              (TUE)FEB  8 2011 11:21/ST. 11:20/No. 6830163904 P  2



**AIRCRAFT SERVICES, INC.**

(316) 283-5915

P.O. Box 788
Hangar "E"
City/County Airport
Newton, Kansas 67114

February 8, 2011

Todd Shadid
Ref: P-Navajo N66809

Estimate to make this aircraft flyable.

| | | |
|---|---|---|
| Annual Inspection | | $   3,520.00 |
| Engine Overhaul | $67,000.00 x 2 | $134,000.00 |
| Propellers | $15,000.00 x 2 | $ 30,000.00 |
| Spinners & Bulkheads | | $   6,000.00 |
| Hose Kits | $ 2,400.00 x 2 | $   4,800.00 |
| Engine mount cushions | | $   1,700.00 |
| Air Conditioner estimate | | $   1,200.00 |
| Labor to install engines | | $   3,750.00 |
| Baggage Door AD estimate | | $   1,225.00 |
| | Estimate Sub Total | $186,195.00 |

Lien on aircraft by Midwest Aircraft                 $ 23,233.20

This does not include:
    Repairs to Avionics
    Fuel Cells, if needed
    Paint Job
    Interior work, if needed
    De-Ice Boots, if needed
    Or squawks found during Annual Inspection.

If you have any questions, please feel free to give me a call at (316)283-5915.

Sincerely,

**MIDWEST AIRCRAFT SERVICES, INC.**

Dennis L. Collins
Vice President

DLC/ber